UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:11-CR-103-1BR

FILED IN OPEN COURT
ON 12-6-11 KM
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.                                                                 ORDER

Samuel Thigpen

    IT IS HEREBY ORDERED that the following Government Exhibits be returned to ___Scott Gregory___ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

Exhibit # 2 - Shank

This 6th day of December, 2011 Exhibits received by:

___Scott Gregory___
Print name

___[signature]___
Sign name

December 6, 2011

___[signature]___
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE