# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

Samuel Thigpen

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:11-CR-103-1BR

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

W. Earl Britt — Senior US District
Name of Judge — Title of Judge

12/7/2011
Date